```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                    CASE NO. 07 B 13282
   TERRENCE LAMPKIN
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-8636


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 07/25/2007 and was not confirmed.

     The case was dismissed without confirmation 10/29/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID         PAID
------------------------------------------------------------------------------
SELECT PORTFOLIO SERVICI  CURRENT MORTG         .00            .00          .00
SELECT PORTFOLIO SERVICI  UNSECURED       NOT FILED            .00          .00
WASHINGTON MUTUAL         SECURED NOT I   NOT FILED            .00          .00
CARA MCDOWELL             NOTICE ONLY     NOT FILED            .00          .00
ACL INC                   UNSECURED       NOT FILED            .00          .00
ACL INC                   UNSECURED       NOT FILED            .00          .00
ACTIVE COLL               UNSECURED       NOT FILED            .00          .00
ADVOCATE SOUTH SUBURBAN   UNSECURED       NOT FILED            .00          .00
ADVOCATE SOUTH SUBURBAN   UNSECURED       NOT FILED            .00          .00
AETNA                     UNSECURED       NOT FILED            .00          .00
ALLIED INTERSTATE         UNSECURED       NOT FILED            .00          .00
AMERICAN COLLECTION       UNSECURED       NOT FILED            .00          .00
AMERICAS RECOVERY NETWOR  UNSECURED       NOT FILED            .00          .00
CERTEGY PAYMENT RECOVERY  UNSECURED       NOT FILED            .00          .00
CERTEGY PAYMENT RECOVERY  UNSECURED       NOT FILED            .00          .00
COMMONWEALTH EDISON       UNSECURED         1140.01            .00          .00
FURNITURE FOR LESS        UNSECURED       NOT FILED            .00          .00
JONATHAN R OHARA ESQ      UNSECURED       NOT FILED            .00          .00
NICOR GAS                 UNSECURED       NOT FILED            .00          .00
QUEST DIAGNOSTIC          UNSECURED       NOT FILED            .00          .00
STATE COLLECTION SERVICE  UNSECURED       NOT FILED            .00          .00
STATE COLLECTION SERVICE  UNSECURED       NOT FILED            .00          .00
SUBURBAN RADIOLOGIST      UNSECURED       NOT FILED            .00          .00
UNIVERSITY OF IL HOSPITA  UNSECURED       NOT FILED            .00          .00
CITY OF CALUMET CITY      SECURED            512.00            .00          .00
CITY OF CALUMET CITY      UNSECURED       NOT FILED            .00          .00
SELECT PORTFOLIO SERVICI  MORTGAGE ARRE        .00             .00          .00
IL DEPT OF HEALTHCARE &   NOTICE ONLY     NOT FILED            .00          .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY       2,914.00                        .00
TOM VAUGHN                TRUSTEE                                           .00
DEBTOR REFUND             REFUND                                       1,226.75

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                              RECEIPTS        DISBURSEMENTS

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 13282 TERRENCE LAMPKIN
```

```
--------------------------------------------------------------------------
TRUSTEE                                     1,226.75

PRIORITY                                                              .00
SECURED                                                               .00
UNSECURED                                                             .00
ADMINISTRATIVE                                                        .00
TRUSTEE COMPENSATION                                                  .00
DEBTOR REFUND                                                    1,226.75
                                        ---------------    ---------------
TOTALS                                     1,226.75           1,226.75
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 02/26/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE










                          PAGE   2
        CASE NO. 07 B 13282 TERRENCE LAMPKIN